# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| In Re: LLS AMERICA, LLC, Debtor,<br>Bruce P. Kriegman, solely in his capacitiy as<br>court-appointed Chapter 11 Trustee for LLS America LLC<br>*Plaintiff*<br>v.<br>JASON BRIEN and SUZANNE BRIEN,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  CV-12-648-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    The Report and Recommendation from the Bankruptcy Court, ECF No. 13, is adopted by this Court. This case is dismissed with prejudice and without costs to any party. Judgment is hereby entered as dismissed, but not in favor of any one party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  September 19, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb